UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF UNITED STATES TRUSTEE
First Campbell Square Building
210 First Street – Suite 505
Roanoke, VA  24011

Form 16
Rev. 6/02

In Re: _HARMAN MINING CORP._

Chapter      11

Case Number _98-01988_

Debtor(s) in Possession

## POST-CONFIRMATION REPORT (CH. 11)

### Quarter ending: _SEPTEMBER 30, 2009_

{File this report pursuant to Local Rule 2015-2.  State below the total payments required to be paid under the Plan of Reorganization, the total amount required to be paid to date, and the total paid to date.}

I.  **Administrative and Priority Claims**

| | Under Plan | Required to Date | Total Paid |
|---|---|---|---|
| Attorney fee for Debtor | $ 0 | 0 | 0 |
| Attorney fee for Cr. Committee | 0 | 0 | 0 |
| Accounting fees | 0 | 0 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Sub-Total | 0 | 0 | 0 |

II. **Secured Claims**          |——— Plan Payments ———| Total

|  | | Under Plan | | Required<br>| to Date | | Paid |
|---|---|---|---|
| Class   : | | | |
| _____ | $  ____0_____ | ____0_____ | ___0____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| Sub-total _____ | ___0___ | ___0___ | ___0___ |

III.    **Unsecured Claims**

| |—— Plan Payments —— | | Total |
| Under Plan | Required | | Paid |

Class   :

|                | to Date |
|------|------|
| $ _O_ | _O_ | _O_ |

Sub-total

(Attach additional sheets if necessary.)

—3—

IV.    **Attach** form 9-DS, Disbursements Summary.

**Specify** Other Relevant Action Taken and Progress Made in Consummation of Plan Below and on Attachment, if Necessary:

VI.    **PREPARER:** State the name, address, telephone number and position of the person(s) who actually compiled the information contained in this report.

HUGH M. CAPERTON    304-673-8737
202 MOUNTAIN LAUREL ROAD
DANIELS, WV 25832

VII.    **VERIFICATION:** I declare under penalty of perjury that the information contained in this Post-Confirmation Report (including schedules) is true and correct to the best of my knowledge, information and belief. Pursuant to Local Rule 2015-2 I certify that this Report has been duly transmitted to the Court and to the United States Trustee.

Dated: _July 5, 2010_

Name/ Title: __HUGH M. CAPERTON__
Address: 202 MOUNTAIN LAUREL ROAD
DANIELS, WV 25832
Phone: _304 673-8737_ Fax: ____

_HARMAN MINING CORP._ (Debtor)

By: _H.M. Caperton_
Position: _PRESIDENT_

—4—

CASE NAME: _Hankton Mining Corp._

CASE NUMBER: _98 - 01998_

Form 9-DS    Rev. 2/96

# DISBURSEMENTS SUMMARY

MONTH: _July 2009_

| | | |
|---|---|---|
| Total Disbursements from Operating Account | (Note 1) | 0 |
| Total Disbursements from Payroll Account | (Note 2) | 0 |
| Total Disbursements from Tax Escrow Account | (Note 3) | 0 |
| Total Disbursements from any other Account | (Note 4) | 0 |
| Grand Total, all Disbursements | | 0 |

**Note 1 —** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account. Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2 —** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account. Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3 —** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account. Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be

CASE NAME: _Hyman Mining Corp._

CASE NUMBER: _98-01988_

Form 9-DS   Rev. 2/96

# DISBURSEMENTS SUMMARY

MONTH: _August 2009_

| | |
|---|---|
| Total Disbursements from Operating Account    (Note 1) | O |
| Total Disbursements from Payroll Account    (Note 2) | O |
| Total Disbursements from Tax Escrow Account    (Note 3) | O |
| Total Disbursements from any other Account    (Note 4) | O |
| Grand Total, all Disbursements | O |

**Note 1** — Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account. Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2** — Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account. Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3** — Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account. Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be

CASE NAME: *Haryan Mining Corp.*

CASE NUMBER: *98 - 01988*

Form 9-DS    Rev. 2/96

## DISBURSEMENTS  SUMMARY

MONTH: *SEPTEMBER 2009*

| | | |
|---|---|---|
| Total Disbursements from Operating Account | (Note 1) | *0* |
| Total Disbursements from Payroll Account | (Note 2) | *0* |
| Total Disbursements from Tax Escrow Account | (Note 3) | *0* |
| Total Disbursements from any other Account | (Note 4) | *0* |
| Grand Total, all Disbursements | | *0* |

**Note 1 —** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account. Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2 —** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account. Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3 —** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account. Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF UNITED STATES TRUSTEE**
First Campbell Square Building
210 First Street – Suite 505
Roanoke, VA 24011

Form 16
Rev. 6/02

In Re: _HARMAN MINING CORP._

Chapter    11

Case Number _98-01988_

Debtor(s) in Possession

## POST-CONFIRMATION REPORT (CH. 11)

### Quarter ending: _DECEMBER 2009_

{File this report pursuant to Local Rule 2015-2. State below the total payments required to be paid under the Plan of Reorganization, the total amount required to be paid to date, and the total paid to date.}

I.    **Administrative and Priority Claims**

| | ——— Plan Payments ——— | | Total |
| --- | --- | --- | --- |
| | Under Plan | Required to Date | Paid |
| Attorney fee for Debtor | $  0 | 0 | 0 |
| Attorney fee for Cr. Committee | 0 | 0 | 0 |
| Accounting fees | 0 | 0 | 0 |
| Sub-Total | 0 | 0 | 0 |

II.    **Secured Claims**

| | |——— Plan Payments ——— | | Total |

—1—

| | Under Plan | Required to Date | Paid |
|---|---|---|---|

Class   :

$   $\theta$     $\mathcal{O}$     $\mathcal{O}$

Sub-total _____    $\theta$     $\theta$     $\mathcal{O}$

III.   **Unsecured Claims**

| |——— Plan Payments ———| | Total |
| | Under Plan | Required | | Paid |

–2–

Class   :

|  | | | to Date | |
|---|---|---|---|
| _____ | $ _____ 0 _____ | _____ 0 _____ | _____ 0 _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Sub-total _____        _____ 0 _____   _____ 0 _____   _____ 0 _____

(Attach additional sheets if necessary.)

—3—

IV.    **Attach** form 9-DS. Disbursements Summary.

**Specify** Other Relevant Action Taken and Progress Made in Consummation of Plan Below and on Attachment, if Necessary:

VI.    **PREPARER:** State the name, address, telephone number and position of the person(s) who actually compiled the information contained in this report.

HUGH M. CAPERTON
202 MOUNTAIN LAUREL ROAD          304-673-8737
DANIELS, WV 25832

VII.    **VERIFICATION:** I declare under penalty of perjury that the information contained in this Post-Confirmation Report (including schedules) is true and correct to the best of my knowledge, information and belief. Pursuant to Local Rule 2015-2 I certify that this Report has been duly transmitted to the Court and to the United States Trustee.

Dated: _JULY 5, 2010_

_HARLAN MINING CORP._ (Debtor)

Name/ Title:
Address:         HUGH M. CAPERTON
                 202 MOUNTAIN LAUREL ROAD
                 DANIELS, WV 25832
Phone: 304-673-8737    Fax: ___

By: _____
Position: _PRESIDENT_

—4—

CASE NAME: *Harmin Mining Corp*

CASE NUMBER: *98-01988*

Form 9-DS   Rev. 2/96

# DISBURSEMENTS SUMMARY

MONTH: *October 2009*

| | | |
|---|---|---|
| Total Disbursements from Operating Account | (Note 1) | 0 |
| Total Disbursements from Payroll Account | (Note 2) | 0 |
| Total Disbursements from Tax Escrow Account | (Note 3) | 0 |
| Total Disbursements from any other Account | (Note 4) | 0 |
| Grand Total, all Disbursements | | 0 |

**Note 1** -- Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account. Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2** -- Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account. Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3** -- Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account. Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be

account or other debtor-in-possession account where the disbursements will be

CASE NAME: _Kanawn Mining Corp._   Form 9-DS  Rev. 2/96
CASE NUMBER: _98-01988_

## DISBURSEMENTS SUMMARY

MONTH: _November 2009_

| | | |
|---|---|---|
| Total Disbursements from Operating Account | (Note 1) | 0 |
| Total Disbursements from Payroll Account | (Note 2) | 0 |
| Total Disbursements from Tax Escrow Account | (Note 3) | 0 |
| Total Disbursements from any other Account | (Note 4) | 0 |
| Grand Total, all Disbursements | | 0 |

**Note 1** -- Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account. Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2** -- Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account. Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3** -- Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account. Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be

CASE NAME: _Hanylin Mining Corp. #_   Form 9-DS   Rev. 2/96
CASE NUMBER: _98-01988_

# DISBURSEMENTS SUMMARY

MONTH: _December 2009_

| | | |
|---|---|---|
| Total Disbursements from Operating Account | (Note 1) | 0 |
| Total Disbursements from Payroll Account | (Note 2) | 6 |
| Total Disbursements from Tax Escrow Account | (Note 3) | 0 |
| Total Disbursements from any other Account | (Note 4) | 0 |
| Grand Total, all Disbursements | | 0 |

**Note 1 —** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account. Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2 —** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account. Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3 —** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account. Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be

account or other debtor-in-possession account where the disbursements will be

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF UNITED STATES TRUSTEE**
First Campbell Square Building
210 First Street - Suite 505
Roanoke, VA  24011

Form 16
Rev. 6/02

In Re: _Hanna Mining Corp._

_____
Debtor(s) in Possession

Chapter     11

Case Number _98-01988_

## POST-CONFIRMATION REPORT (CH. 11)

Quarter ending: _March 2010_

{File this report pursuant to Local Rule 2015-2.  State below the total payments required to be paid under the Plan of Reorganization, the total amount required to be paid to date, and the total paid to date.}

| I.  Administrative and Priority Claims | Plan Payments | | Total |
| | Under Plan | Required to Date | Paid |
| --- | --- | --- | --- |
| Attorney fee for Debtor | $  0 | 0 | 0 |
| Attorney fee for Cr. Committee | 0 | 0 | 0 |
| Accounting fees | 0 | 0 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Sub-Total _____ | 0 | 0 | 0 |

II.  **Secured Claims**     |———— Plan Payments ———— | Total

—1—

| | Under Plan | Required to Date | Paid |
|---|---|---|---|

Class :

$ ___ 0 ___ 0 ___ 0

(blank ruled lines)

Sub-total _____  0   0   0

III.   **Unsecured Claims**

| | Plan Payments | | Total |
| | Under Plan | Required | Paid |

Class    :

| to Date |

$ _0_   _0_   _0_

Sub-total _____

(Attach additional sheets if necessary.)

_0_   _0_   _0_

IV.    **Attach** form 9-DS, Disbursements Summary.

Specify Other Relevant Action Taken and Progress Made in Consummation of Plan Below and on Attachment, if Necessary:

VI.    **PREPARER:** State the name, address, telephone number and position of the person(s) who actually compiled the information contained in this report.

HUGH M. CAPERTON        304-673-8797
202 MOUNTAIN LAUREL ROAD
DANIELS, WV 25832

VII.    **VERIFICATION:** I declare under penalty of perjury that the information contained in this Post-Confirmation Report (including schedules) is true and correct to the best of my knowledge, information and belief. Pursuant to Local Rule 2015-2 I certify that this Report has been duly transmitted to the Court and to the United States Trustee.

Dated:  JULY 5, 2010

Name/ Title:  HUGH M. CAPERTON - PRES.
Address:  202 MOUNTAIN LAUREL ROAD
DANIELS, WV 25832

Phone: 304-673-8797  Fax:  —

HARMAN MINING CORP.  (Debtor)

By: _____
Position: PRESIDENT

—4—

CASE NAME: _Langan Mining Corp._

CASE NUMBER: _98-01988_

Form 9-DS   Rev. 2/96

## DISBURSEMENTS SUMMARY

MONTH: _Jan. 2010_

| | | |
|---|---|---|
| Total Disbursements from Operating Account | (Note 1) | 0 |
| Total Disbursements from Payroll Account | (Note 2) | 0 |
| Total Disbursements from Tax Escrow Account | (Note 3) | 0 |
| Total Disbursements from any other Account | (Note 4) | 0 |
| Grand Total, all Disbursements | | 0 |

**Note 1 --**  Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account.  Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2 --**  Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account.  Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3 --**  Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account.  Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be

**Note 4 --**  Include in this amount all checks written, wire transfers made from,

CASE NAME: _Vanann Mining Corp._

CASE NUMBER: _98 - 01988_

Form 9-DS    Rev. 2/96

## DISBURSEMENTS SUMMARY

MONTH: _February 2010_

| | |
|---|---|
| Total Disbursements from Operating Account    (Note 1) | 0 |
| Total Disbursements from Payroll Account    (Note 2) | 0 |
| Total Disbursements from Tax Escrow Account    (Note 3) | 0 |
| Total Disbursements from any other Account    (Note 4) | 0 |
| Grand Total, all Disbursements | 0 |

**Note 1 --** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account. Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2 --** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account. Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3 --** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account. Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be

Note 4 -- Include in this amount all checks written, wire transfers made from,

CASE NAME: _Hannon Mining Corp._

CASE NUMBER: _98- 01988_

Form 9-DS   Rev. 2/96

# DISBURSEMENTS SUMMARY

MONTH: _March 2010_

| | | |
|---|---|---|
| Total Disbursements from Operating Account | (Note 1) | 0 |
| Total Disbursements from Payroll Account | (Note 2) | 0 |
| Total Disbursements from Tax Escrow Account | (Note 3) | 0 |
| Total Disbursements from any other Account | (Note 4) | 0 |
| Grand Total, all Disbursements | | 0 |

**Note 1 --** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account. Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2 --** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account. Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3 --** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account. Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be

Note 4 --   Include in this amount all checks written, wire transfers made from,

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF UNITED STATES TRUSTEE**
First Campbell Square Building
210 First Street – Suite 505
Roanoke, VA  24011

Form 16
Rev. 6/02

In Re: *HARMAN MINING CORP.*

Chapter    11

Case Number *98 - 01988*

Debtor(s) in Possession

## POST-CONFIRMATION REPORT (CH. 11)

### Quarter ending: *JUNE 30, 2010*

{File this report pursuant to Local Rule 2015-2.  State below the total payments required to be paid under the Plan of Reorganization, the total amount required to be paid to date, and the total paid to date.}

| I.   Administrative and Priority Claims | Plan Payments | | Total |
|---|---|---|---|
| | Under Plan | Required to Date | Paid |
| Attorney fee for Debtor | $  0 | 0 | 0 |
| Attorney fee for Cr. Committee | 0 | 0 | 0 |
| Accounting fees | 0 | 0 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Sub-Total | 0 | 0 | 0 |
| II.   Secured Claims | Plan Payments | | Total |

| | Under Plan | Required to Date | Paid |
|---|---|---|---|
| Class    : | | | |
| | $  _0_ | _0_ | _0_ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Sub-total | _0_ | _0_ | _0_ |

III.    **Unsecured Claims**

| | Plan Payments | | Total |
|---|---|---|---|
| | Under Plan | Required | Paid |

–2–

Class   :

|  | to Date |  |

$ _____ 0 _____   _____ 0 _____   _____ 0 _____

Sub-total _____   0   0   0

(Attach additional sheets if necessary.)

—3—

IV.    **Attach** form 9-DS, Disbursements Summary.

**Specify** Other Relevant Action Taken and Progress Made in Consummation of Plan Below and on Attachment, if Necessary:

VI.    **PREPARER:** State the name, address, telephone number and position of the person(s) who actually compiled the information contained in this report.

HUGH M. CAPERTON        304-673-8737
702 MTN. LAUREL RD., MANIES, WV 25832

VII.    **VERIFICATION:** I declare under penalty of perjury that the information contained in this Post-Confirmation Report (including schedules) is true and correct to the best of my knowledge, information and belief. Pursuant to Local Rule 2015-2 I certify that this Report has been duly transmitted to the Court and to the United States Trustee.

Dated: JULY 5, 2010

Name/ Title: HUGH M. CAPERTON - PRESIDENT

Address:
202 MTN. LAUREL RD., MANIES, WV 25832

Phone: 304-673-8737   Fax: N/A

HARMAN MINING CORP. (Debtor)

By: _____
Position: PRESIDENT

—4—

CASE NAME: _Hannon Mining Corp._                    Form 9-DS   Rev. 2/96
CASE NUMBER: _98-01988_

## DISBURSEMENTS SUMMARY                    MONTH: _April 2010_

| | | |
|---|---|---|
| Total Disbursements from Operating Account | (Note 1) | O |
| Total Disbursements from Payroll Account | (Note 2) | O |
| Total Disbursements from Tax Escrow Account | (Note 3) | O |
| Total Disbursements from any other Account | (Note 4) | O |
| Grand Total, all Disbursements | | O |

**Note 1** — Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account. Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2** — Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account. Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3** — Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account. Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be

CASE NAME: _Harman Mining Corp._     Form 9-DS   Rev. 2/96
CASE NUMBER: _98-01988_

## DISBURSEMENTS SUMMARY

MONTH: _May/ 2010_

| | | |
|---|---|---|
| Total Disbursements from Operating Account | (Note 1) | 0 |
| Total Disbursements from Payroll Account | (Note 2) | 0 |
| Total Disbursements from Tax Escrow Account | (Note 3) | 0 |
| Total Disbursements from any other Account | (Note 4) | 0 |
| Grand Total, all Disbursements | | 0 |

**Note 1 —**  Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account.  Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2 —**  Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account.  Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3 —**  Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account.  Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be

CASE NAME: _Vardan Mining Corp._    Form 9-DS   Rev. 2/96
CASE NUMBER: _98-01988_

## DISBURSEMENTS SUMMARY

MONTH: _June 2010_

| | | |
|---|---|---|
| Total Disbursements from Operating Account | (Note 1) | 0 |
| Total Disbursements from Payroll Account | (Note 2) | 0 |
| Total Disbursements from Tax Escrow Account | (Note 3) | 0 |
| Total Disbursements from any other Account | (Note 4) | 0 |
| Grand Total, all Disbursements | | |

**Note 1 —** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account. Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2 —** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account. Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3 —** Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account. Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be