IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HARMAN MINING CORP., | ) | Case No. 7-98-01988 |
| HARMAN DEVEL. CORP. | ) | Case No. 7-98-01990 |
| SOVEREIGN COAL SALES, INC., | ) | Case No. 7-98-01992 |
| | ) | |
| Debtors. | ) | Chapter 11 |

ORDER

This cause came to be heard upon the United States Trustee's Motion to Compel the Filing of Quarterly Reports. Upon agreement of the parties and it appearing just and proper to do so, it is **ORDERED that**

1. The debtor shall pay all past due quarterly fees and file all delinquent quarterly reports with the United States Trustee and with the United States Bankruptcy Court Clerk's Office by August 15, 2010.

2. This matter is continued for further hearing on August 31, 2010 at 2 p.m.

Entered this 8th day of July, 2010.

/s/ William F. Stone, Jr.
United States Bankruptcy Court Judge

I ask for this:

*/s/ Margaret K. Garber*
Margaret K. Garber (VSB No. 34412)
Office of the United States Trustee

Seen:

*/s/ Robert T. Copeland by Margaret K. Garber with permission*
Robert T. Copeland
Counsel for the debtor