**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| *In Re:* ) | |
| ) | |
| *HARMAN MINING CORP.,* ) | Chapter 11 |
| ) | Case No. 98-01988 |
| Debtor ) | |

### ORDER CONTINUING HEARING ON DEBTOR'S OBJECTIONS
### TO CLAIMS NO. 44 AND 45 OF PENN VIRGINIA COAL CO.

For good cause having been shown, all matters relating to the debtor's objections to Claims No. 44 and 45 of Penn Virginia Coal Co. which were heard on July 6, 2010, are hereby continued and hearing thereon is scheduled to be held on August 31, 2010, at 2:00 P.M. Upon request made in advance, counsel may participate telephonically.

The Clerk is directed to send a copy of this Order to Eric W. Reecher, who shall, pursuant to Local Rule 9072-1, forward copies of same to the Debtor, to counsel for the unsecured creditors' committee, to the United State Trustee, and the to counsel for the claimant.

ENTER this 9th day of July, 2010

_William F. Stone, Jr._
Judge

  /s/ Robert T. Copeland
Robert T. Copeland, VSB # 14575
Copeland & Bieger, P.C.
P. O. Box 1296
Abingdon, VA  24212
(276) 628-9525


  /s/ Eric W. Reecher
Eric W. Reecher, VSB # 43618
ELLIOTT LAWSON & MINOR, P.C.
110 Piedmont Ave., Suite 300
Bristol, VA  24201
(276) 466-8400